UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTRELL V. BROWN, #367927,

      Plaintiff,

                                            CASE NO. 2:16-CV-13725
v.                                         HONORABLE GERALD E. ROSEN

D. SUPPES, et al.,

      Defendants.
_____/

## **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

This matter is before the Court on Plaintiff's "objection" to the Court's dismissal of his *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. The Court dismissed the complaint, which consisted of more than 800 pages of hand-written allegations, grievance forms, state court documents, and other exhibits, with prejudice as to attorney Jonathan B.D. Simon because he is not a person subject to suit under § 1983 and without prejudice as to the remaining allegations/defendants for failure to comply with Federal Rule of Civil Procedure 8(a)(2). Plaintiff now objects to the Court's decision accusing the Court of malfeasance, dereliction of duty, and error.

Plaintiff's objection/motion must be denied. A request for reconsideration

which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted.  *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997).  Plaintiff raises such issues in his motion.  The Court properly dismissed the complaint for the reasons stated in its opinion.  Moreover, the Court did not act unethically or with improper intent.  Plaintiff has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3).  Accordingly, the Court **DENIES** Plaintiff's objection/motion.  This case is closed.  No further pleadings should be filed in this matter.

    **IT IS SO ORDERED**.

    s/Gerald E. Rosen
    United States District Judge

Dated:  January 9, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2017, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5135